# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JESSICA RENTZ,

    Plaintiff,                                          Case No. 15-cv-11513
                                                    Hon. Matthew F. Leitman

v.

STELLAR RECOVERY, INC.,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

       Plaintiff, JESSICA RENTZ, and Defendant, STELLAR RECOVERY, INC., by and through their respective attorneys, hereby stipulate to dismiss the within complaint with prejudice, all matters in controversy having been resolved to the mutual satisfaction of the parties. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| /s/ Jocelyn S. Hsiao | Steven A. Siman |
| Jocelyn S. Hsiao | Steven A. Siman |
| Attorney No. 6313077 | Attorney No. P20480 |
| Attorney for Plaintiff | Attorney for Defendant |
| Allen Chern Law PLLC | Steven A. Siman, P.C. |
| 24100 Southfield Road, Suite 203 | 3250 W. Big Beaver, Suite 344 |
| Southfield, MI 48075 | Troy, MI 48084 |
| Phone: (312) 940-8165 | Phone: (248) 643-4700 |
| Fax: (866) 359-7478 | Fax: (248) 643-7180 |
| Jhsiao@uprightlaw.com | sas@simanlaw.net |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JESSICA RENTZ,

    Plaintiff,                             Case No. 15-cv-11513
                                            Hon. Matthew F. Leitman

v.

STELLAR RECOVERY, INC.,

    Defendant.
_____/

## **ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, JESSICA RENTZ, and Defendant, STELLAR RECOVERY, INC., by and through their respective attorneys, hereby stipulate to the dismissal of the within complaint with prejudice, all matters in controversy have been resolved to the mutual satisfaction of the parties:

**IT IS HEREBY ORDERED** that all claims against Defendant, STELLER RECOVERY, INC., are hereby dismissed, with prejudice, and without cost or attorneys' fees to any party.

                                              /s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: February 5, 2016